No. 15-25-00118-CV

ACCEPTED
15-25-00118-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/25/2025 2:32 PM
CHRISTOPHER A. PRINE
CLERK

# In the Court of Appeals
# for the Fifteenth District of Texas
# At Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/25/2025 2:32:13 PM
CHRISTOPHER A. PRINE
Clerk

JAMES BRICKLEY,
*Appellant,*

v.

NICHOLAS WATSON,
*Appellee.*

On Direct Appeal from the 440th Judicial District Court
of Coryell County, Texas
Trial Court Cause No. DC-24-55842

## NOTICE OF ATTORNEY APPEARANCE FOR APPELLEE

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney
General

**AUSTIN KINGHORN**
Deputy Attorney General of
Civil Litigation

**BRIANA M. WEBB**
Acting Chief, Law Enforcement Defense

**ABIGAIL K. CARTER***
Assistant Attorney General
Law Enforcement Defense Division
Texas State Bar No. 24126376

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
*Attorney of Record
**Attorneys for Defendant-Appellee**

**TO THE HONORABLE COURT OF APPEALS:**

Appellee Nicholas Walton, through the Attorney General of Texas, files this Notice of Attorney Appearance in the above-referenced case. The Office of the Attorney General (OAG) gives this Court notice that Assistant Attorney General Jacob I. Pons is no longer employed by the Law Enforcement Defense Division of the OAG and the above case has been reassigned.

Assistant Attorney General **Abigail K. Carter** is the new lead attorney-in-charge for Appellee Walton. Please add Assistant Attorney General **Abigail K. Carter** to any future notifications of filings in this matter.

Respectfully submitted,

**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

**BRENT WEBSTER**
FIRST ASSISTANT ATTORNEY GENERAL

**RALPH MOLINA**
DEPUTY FIRST ASSISTANT ATTORNEY GENERAL

**AUSTIN KINGHORN**
DEPUTY ATTORNEY GENERAL FOR CIVIL LITIGATION

**BRIANA M. WEBB**
ACTING DIVISION CHIEF
LAW ENFORCEMENT DEFENSE DIVISION

/s/ *Abigail K. Carter*
**ABIGAIL K. CARTER**
Assistant Attorney General
Law Enforcement Defense
Attorney-in Charge
Texas State Bar No. 24126376

Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2080 / Fax (512) 936-2109
Abigail.Carter@oag.texas.gov

**ATTORNEYS FOR APPELLEE WALTON**

## CERTIFICATE OF SERVICE

I, **Abigail K. Carter,** Assistant Attorney General of Texas, certify that a true copy of the above and foregoing has been served by placing it in United States Mail, Certified Mail Return Receipt Requested on August 25, 2025, addressed to:

James Brickley, No. 02289486          *Via CMRRR: 9589 0710 5270 1184 9730 95*
TDCJ – Hughes Unit
3201 FM 929
Gatesville, TX 76597
*Plaintiff-Appellant Pro Se*

/s/ *Abigail K. Carter*
**ABIGAIL K. CARTER**
Assistant Attorney General

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Gloriana Ojeda on behalf of Abigail Carter
Bar No. 24126376
gloriana.ojeda@oag.texas.gov
Envelope ID: 104807074
Filing Code Description: Other Document
Filing Description: Notice of Appellate AIC_Brickley
Status as of 8/25/2025 2:43 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Abigail Carter | 24126376 | abigail.carter@oag.texas.gov | 8/25/2025 2:32:13 PM | SENT |
| Carson Young | | Carson.Young@oag.texas.gov | 8/25/2025 2:32:13 PM | SENT |
| Nicholas Larkin | | nicholas.larkin@oag.texas.gov | 8/25/2025 2:32:13 PM | SENT |